IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| v. | ) | |
| SOLOMON B. HAWTHORNE, | ) | ORDER |
| Defendant. | ) | |

A hearing was held before me on this date on allegations made in the petition for action on conditions of pretrial release, filing no. 53. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of the petition are true.

Regarding disposition, the government requested detention, which the defendant did not oppose. I find that detention is appropriate under the circumstances.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing no. 40, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order of the court.

DATED this 6th day of January, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge