IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3129 |
| v. | ) | |
| SOLOMON B. HAWTHORNE, | ) | ORDER |
| Defendant. | ) | |

Upon consideration of the defendant's motion for release to Grossmen Center, I conclude it would be preferable to have the defendant reside out of his normal residential area.

IT THEREFORE HEREBY IS ORDERED, the pretrial services officer is directed to investigate availability of halfway house placement in Lincoln or Omaha, including CH, Inc., in Council Bluffs, Iowa and report to the court as soon as possible.

DATED this 14th day of January, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge