IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 4:08CR3129 |
| v. | ) | |
| | ) | |
| SOLOMON B. HAWTHORNE, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing no. 84. The defendant was present with counsel, and was advised of his rights. After discussion regarding the specifics of the allegation and the report that CH Inc. would not accept the defendant, I find that the defendant is in violation of his conditions of release.

Regarding disposition, the government sought detention. Defense counsel argued for placement in Summit Care facility. Having evaluated the matter,

IT IS ORDERED,

1. The previous order of release, filing no. 62, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

2. Pretrial Services and defense counsel shall work together in an attempt to have the defendant placed in a more structured living environment, and shall report to the court accordingly.

DATED March 18, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge