IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| | ) | |
| V. | ) | |
| | ) | |
| SOLOMON B. HAWTHORNE, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

When this matter came on to consider the defendant's announced intention to enter a guilty plea on July 14, 2009, his counsel moved to withdraw because of a recently recognized conflict of interest. That brought everything to a halt. Therefore,

IT IS ORDERED that:

1. Mr. Hansen's oral motion to withdraw is granted.

2. The Federal Public Defender should promptly nominate a substitute lawyer.

3. This matter is continued to August 14, 2009, at 1:00 PM, when the defendant's plea will be taken. Counsel for both parties are directed to have the paper work completed and submitted to me prior to that date. If that is not possible or negotiations for the plea fall through, counsel shall initiate a telephone conference with me. They should contact my judicial assistant Kris Leininger to schedule that conference.

4. The time between today's date and August 14, 2009, is excluded from computation under the Speedy Trial Act in the interests of

justice and in order that new counsel for the defendant may have adequate time to enter his or her appearance and get "up to speed." 18 U.S.C. § 3161(h)(7)(A).

5. The Clerk shall provide Mr. Stickman with a copy of this memorandum and order so that he may nominate substitute counsel.

DATED this 14th day of July, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge