IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:08CR3129 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SOLOMON HAWTHORNE, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing and deadlines (filing 200) is granted.

(2) Defendant Hawthorne's sentencing is continued to Wednesday, January 6, 2010, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(3) The deadline for filing motions for departure and/or variance and written statements of position is extended to December 8, 2009. The Judge's tentative findings shall be issued on or after December 15, 2009.

October 15, 2009.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge