IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3129-3 |
| | ) | |
| V. | ) | |
| | ) | |
| SOLOMON B. HAWTHORNE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The motion to continue the sentencing date (filing 209) is denied.

(2) The motion to extend deadline (filing 209) for the filing of objections or motions regarding the presentence report is granted. The deadline is extended to February 25, 2010.

(3) The court will issue tentative findings on February 26, 2010.

DATED this 16th day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge