# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America )
v. )
Solomon B. Hawthorne )
)    Case No:    4:08CR3129-3
)    USM No:    22460-047
)
Date of Original Judgment:    03/10/2010 )
Date of Previous Amended Judgment: )    Jessica L. Milburn
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    168 months*    ~~months~~ **is reduced to**    121 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

*Later reduced to 135 months per another retroactive amendment.

Except as otherwise provided, all provisions of the judgment dated    03/10/2010    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    10/22/2015    s/ Richard G. Kopf
*Judge's signature*

Effective Date:    11/01/2015    Richard G. Kopf, Senior United States District Judge
*(if different from order date)*    *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

Solomon B. Hawthorne

DEFENDANT:

CASE NUMBER:   4:08CR3129-3

DISTRICT:            District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:   36                    Amended Total Offense Level:  32

Criminal History Category:        I                     Criminal History Category:        I

Previous Guideline Range:     188    to  235   months   Amended Guideline Range:   121   to  151   months

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] The reduced sentence is above the amended guideline range.

## III.   ADDITIONAL COMMENTS

Filing nos. 350, 351, 361 and 362 are granted as provided herein.

Defendant's objection (filing no. 358) is denied.